IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: SUBPOENA ISSUED IN THE MATTER OF: | ) ) ) | |
| KYLE LAYER, *et al.,* | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE A. NO.: 26-MC-0005-KD-MU |
| STATE FARM FIRE AND CASUALTY COMPANY, *et al.,* | ) ) ) | [USDC for the N.D. Okla., Case No. 25-cv-401-JDR-MTS] |
| Defendants. | ) ) | |

## **ORDER**

This matter is before the Court on the Motion to Quash Subpoena Duces Tecum filed by State Farm Fire and Casualty Company ("State Farm"), the defendant in an action pending in the Northern District of Oklahoma entitled "*Layer v. State Farm Fire and Casualty Co.*, No. 25-cv-401-JDR-MTS (N.D. Okla.). (Doc. 1). State Farm is seeking to quash a non-party subpoena purportedly issued by Plaintiffs to Pilot Catastrophe Services ("Pilot"), a company with its primary place of business in this jurisdiction. Plaintiffs have filed a response in opposition to this motion, in which they have included a motion to compel compliance with the subpoena. (Doc. 5). State Farm has filed a reply in support of its motion. (Doc. 6).

Pilot has not filed any response to the subpoena, the motion to quash, nor the motion to compel, and neither party has informed the Court regarding Pilot's position to these filings. Indeed, there is nothing in this Court's record that shows whether Pilot has been served with the subpoena or with any of these filings.

Accordingly, Plaintiffs are **ORDERED** to file proof of service of the subpoena on Pilot in this Court on or before **June 29, 2026.** In addition, State Farm and Plaintiffs are **ORDERED** to serve the briefs/motions they have filed in this Court on Pilot and to file notice of such service in this Court on or before **June 29, 2026.** State Farm is also **ORDERED** to provide a copy of this order to Pilot (and to specifically notify Pilot of the following request for action on its part) and to file notice with the Court certifying that this has been accomplished.

Non-party Pilot Catastrophe Services is **ORDERED** to file a written statement of its position on each of these motions in this Court on or before **July 13, 2026.** Any response to Pilot's position by Plaintiffs and/or State Farm is **ORDERED** to be filed on or before **July 20, 2026.**

**DONE** and **ORDERED** this **23rd** day of **June, 2026**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**

2